IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KLLM, INC.     PLAINTIFF

V.     CIVIL ACTION NO. 3:08CV707 HTW-LRA

IDLING SOLUTIONS     DEFENDANT

## AGREED JUDGMENT

The Court, having found that the parties are in agreement to enter a Judgment in this matter, finds as follows:

A judgment is entered in favor of Plaintiff, KLLM, Inc., and against Defendant, Idling Solutions, in the amount of $200,000.00. The judgment shall be final, shall be enrolled with the clerk of the court, and shall be the final resolution of each and every claim that KLLM, Inc. has included or could have included in this action, against Idling Solutions.

Further, the trial of this matter is now moot and shall be removed from the trial docket.

SO ORDERED this the 27th day of April, 2010.

    s/ HENRY T. WINGATE
    CHIEF JUDGE
    UNITED STATES DISTRICT COURT

AGREED:

/s/ J. Stephen Kennedy
J. Stephen Kennedy (MSB No. 6628)
*Attorney for KLLM, Inc.*

/s/ Charles R. Wilbanks, Jr.
Charles R. Wilbanks, Jr. (MSB No. 7193)
*Attorney for Idling Solutions*
laa:crw\idling solutions\agreed judgment